The People of the State of New York, Respondent,
against
Ting Ruan, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered October 2, 2015, after a nonjury trial, convicting him of attempted forcible touching and sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum.) rendered, October 2, 2015, affirmed. 
The verdict convicting the defendant of attempted forcible touching (Penal Law §§ 110/130.52) and sexual abuse in the third degree (Penal Law § 130.55) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the trial court's determinations concerning credibility, including its evaluation of minor inconsistencies in the testimony of the eyewitness police officers. Nor was the officers' account of the subway incident so implausible as to be incredible as a matter of law (see People v Garafolo, 44 AD2d 86, 88 [1974]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 12, 2017